IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CHUN LIANG ZHUO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:15-cv-2236-VEH-TMP |
| | ) |
| LORETTA LYNCH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation on February 23, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc.10). No objections to the report and recommendation have been filed. The copy of the report and recommendation mailed to the petitioner was returned as undeliverable. (Doc. 11). Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause be and hereby is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

DONE and ORDERED the 11th day of March, 2016.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge